**UNITED STATES DISTRICT COURT**
DISTRICT OF SOUTH DAKOTA
400 South Phillips Avenue
Sioux Falls, South Dakota 57104-6851
605-330-6640

**LAWRENCE L. PIERSOL**
Judge

September 25, 2008

Honorable Ortrie D. Smith, Chair
Committee on Financial Disclosure
Administrative Office of the United States Courts
One Columbus Circle, N.E., Suite 2-301
Washington, D.C. 20544

Re:     Calendar Year 2007 Filing

Dear Judge Smith:

This letter is in response to your letter of August 21, 2008. I am enclosing with this letter an original and three copies of my Amended Financial Disclosure Report for Calendar Year 2007. This Amended Report lists the additional information requested.

Sincerely yours,



LAWRENCE L. PIERSOL
United States District Judge

LLP:jh
Enclosures

RECEIVED 2008 SEP 29 A 10: 49 DISCLOSURE OFFICE

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2007

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial)<br><br>Piersol, Lawrence L | 2. Court or Organization<br><br>U.S. District Court, SD | 3. Date of Report<br><br>09/25/2008 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>U.S. District Judge | 5a. Report Type (check appropriate type)<br><br>☐ Nomination,    Date<br>☐ Initial    ☑ Annual    ☐ Final<br><br>5b. ☐ Amended Report | 6. Reporting Period<br><br>01/01/2007<br>to<br>12/31/2007 |
| 7. Chambers or Office Address<br><br>Federal Courthouse, Suite 202<br>400 South Phillips Avenue<br>Sioux Falls, SD 57104-6851 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.<br><br>Reviewing Officer_____ Date_____ | |

> *IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Director | Federal Judges Association |
| 2. Director | The Foundation for the Advancement of an Independent Judicary and the Rule of Law, a charitable foundation |
| 3. Director | John T. Vucurevich Foundation, a charitable foundation |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

FINANCIAL DISCLOSURE OFFICE
RECEIVED
2008 SEP 29 A 10: 49

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2007 | ▮self-employed Law Practice and ▮ service as a director of Bush Charitable Foundation |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS *— transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | John T. Vucurevich Foundation | Feb 1-3, Apr 28-May 2, | Rapid City, SD | Board Meetings | Travel expenses reimbursed |
| 2. | John T Vucurevich Foundation | June 13-15, Sept 20-21 | Rapid City, SD | Board Meetings | Travel expenses reimbursed |
| 3. | John T. Vucurevich Foundation | Oct 31-Nov 1 | Rapid City, SD | Board Meeting | Travel expenses reimbursed |
| 4. | The Aspen Institute | Nov 9-11 | Queenstown, MD | Seminar | Travel expenses reimbursed |
| 5. | Tampa Bay Chapter, FBA | May 23-25 | Salt Lake City, UT | Sentencing Seminar | Travel expenses reimbursed |

| Name of Person Reporting | Date of Report |
|---|---|
| Piersol, Lawrence L | 09/25/2008 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

[✓] NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

[ ] NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | First Bank and Trust | Note&Mortgage: Farm, commercial properties | O |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Piersol, Lawrence L | 09/25/2008 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. National Housing Partnership | A | Dividend | J | W | | | | | |
| 2. ██████████████ | C | Rent | N | W | | | | | |
| 3. The Equitable - (IRA) | A | Dividend | J | T | | | | | |
| 4. Merrill Lynch Latin America Fund (IRA) | A | Dividend | K | T | | | | | |
| 5. The Equitable, IRA | | None | J | T | | | | | |
| 6. Merrill Lynch Latin America Fund IRA | | None | K | T | | | | | |
| 7. IBM | A | Dividend | K | T | | | | | |
| 8. Verizon Communications | A | Dividend | J | T | | | | | |
| 9. Viacom Inc. | A | Dividend | J | T | | | | | |
| 10. American Express Co. | A | Dividend | J | T | | | | | |
| 11. Bristol-Myers Squibb | A | Dividend | K | T | | | | | |
| 12. Ford Mtr. Co. Del. | A | Dividend | J | T | | | | | |
| 13. General Electric Corp. | A | Dividend | J | T | | | | | |
| 14. RJR Nabisco Group | A | Dividend | J | T | | | | | |
| 15. Safeway | A | Dividend | J | T | | | | | |
| 16. Associates First Cap. | A | Dividend | J | T | | | | | |
| 17. Charles Schwab Co. Money Market██ | A | Interest | M | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Piersol, Lawrence L | 09/25/2008 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Ckg Accts, (2) First Bank & Trust, SxFalls & Bkgs, SD | A | Interest | J | T | | | | | |
| 19. Ckg Accts, (2) First Natl Bank, SxFalls, SD | A | Interest | J | T | | | | | |
| 20. ████████████ | | None | L | W | | | | | |
| 21. Mutual Beacon Fund | B | Dividend | M | T | | | | | |
| 22. Sogen Overseas Fund (now called First Eagle Overseas Fund) | A | Dividend | M | T | | | | | |
| 23. Schwab Money Market | A | Interest | K | T | | | | | |
| 24. Money Market Acct. - Vanguard | D | Interest | K | T | | | | | |
| 25. ████████████ | F | Rent | O | W | | | | | |
| 26. ████████████ | E | Rent | N | W | | | | | |
| 27. Capital Guardian Trust (Closed End Mutual Fund) | C | Dividend | M | T | | | | | |
| 28. Merrill Lynch Money Market | D | Interest | J | T | | | | | |
| 29. Templeton Dragon Fund | A | Dividend | J | T | | | | | |
| 30. ████████████ | E | Rent | N | W | | | | | |
| 31. Mutual Discovery Fund | A | Dividend | L | T | | | | | |
| 32. Exxon Stock | B | Dividend | K | T | | | | | |
| 33. Vanguard Total Stock Mkt Idx Adm | E | Dividend | N | T | | | | | |
| 34. Vanguard High-Yield Corp Fund Inv | C | Interest | M | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Piersol, Lawrence L | 09/25/2008 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. ▆▆▆▆▆▆▆▆ | D | Rent | M | W | | | | | |
| 36. ▆▆▆▆▆▆▆ | | None | O | W | | | | | |
| 37. Proctor & Gamble Co. | A | Dividend | J | T | | | | | |
| 38. Proctor & Gamble Co. | A | Dividend | J | T | | | | | |
| 39. SBC Communications, Inc. (X) | A | Dividend | K | T | | | | | |
| 40. Dominion Resources (X) | A | Dividend | J | T | | | | | |
| 41. Excelsior Income Shares (X) | A | Dividend | J | T | | | | | |
| 42. Johnson & Johnson | A | Dividend | J | T | | | | | |
| 43. LG&E Energy Corp. (X) | A | Dividend | J | T | | | | | |
| 44. Merck & Co., Inc. (X) | A | Dividend | J | T | | | | | |
| 45. Microsoft | A | Dividend | K | T | | | | | |
| 46. Cisco System, Inc. Co. | A | Dividend | J | T | | | | | |
| 47. Berkshire Hathaway B | A | Dividend | M | T | | | | | |
| 48. Visteon Corp. (X) | A | Dividend | J | T | | | | | |
| 49. Ameriprise Fin. Inc. (X) | A | Dividend | J | T | | | | | |
| 50. Zimmer Hlds Inc. (X) | A | Dividend | J | T | | | | | |
| 51. ▆▆▆▆▆▆▆▆ | | None | L | R | Buy | 5-25 | L | | Lakes Community LLC |

1. Income Gain Codes:    A =$1,000 or less    B =$1,001 - $2,500    C =$2,501 - $5,000    D =$5,001 - $15,000    E =$15,001 - $50,000
   (See Columns B1 and D4)    F =$50,001 - $100,000    G =$100,001 - $1,000,000    H1 =$1,000,001 - $5,000,000    H2 =More than $5,000,000
2. Value Codes    J =$15,000 or less    K =$15,001 - $50,000    L =$50,001 - $100,000    M =$100,001 - $250,000
   (See Columns C1 and D3)    N =$250,001 - $500,000    O =$500,001 - $1,000,000    P1 =$1,000,001 - $5,000,000    P2 =$5,000,001 - $25,000,000
   P3 =$25,000,001 - $50,000,000    P4 =More than $50,000,000
3. Value Method Codes    Q =Appraisal    R =Cost (Real Estate Only)    S =Assessment    T =Cash Market
   (See Column C2)    U =Book Value    V =Other    W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Piersol, Lawrence L | 09/25/2008 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Place "(X)" after each asset exempt from prior disclosure | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. ▓▓▓▓▓▓▓▓ | B | Rent | L | W | Buy | 5-14 | K | | Lakes Community LLC |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

VII. INVESTMENTS AND TRUSTS:

Item 51 - Purchased 5-25-07, $57,500.00

Item 52 - Purchased 5-14-07, land $7,500.00, then building built for $40,000.00.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signatu

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Piersol, Lawrence L | U.S. District Court, SD | 05/15/2008 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. District Judge | ☐ Nomination, Date ☐ Initial ☑ Annual ☐ Final  5b. ☐ Amended Report | 01/01/2007 to 12/31/2007 |

| 7. Chambers or Office Address | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. |
|---|---|
| Federal Courthouse, Suite 202 400 South Phillips Avenue Sioux Falls, SD 57104-6851 | Reviewing Officer_____ Date_____ |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Director | Federal Judges Association |
| 2. Director | The Foundation for the Advancement of an Independent Judicary and the Rule of Law, a charitable foundation |
| 3. Director | John T. Vucurevich Foundation, a charitable foundation |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

RECEIVED 2008 MAY 16 A 10: 49 FINANCIAL DISCLOSURE OFFICE

| Name of Person Reporting | Date of Report |
|---|---|
| Piersol, Lawrence L | 05/15/2008 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2007 | John T. Vucureich Foundation - Director Fees | $ 5,000 |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2007 | ███ self-employed Law Practice and ███ service as a director of Bush Charitable Foundation |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | John T. Vucurevich Foundation | Feb 1-3, Apr 28-May 2, | Rapid City, SD | Board Meetings | Travel expenses reimbursed |
| 2. | John T Vucurevich Foundation | June 13-15, Sept 20-21 | Rapid City, SD | Board Meetings | Travel expenses reimbursed |
| 3. | John T. Vucurevich Foundation | Oct 31-Nov 1 | Rapid City, SD | Board Meeting | Travel expenses reimbursed |
| 4. | The Aspen Institute | Nov 9-11 | Queenstown, MD | Seminar | Travel expenses reimbursed |
| 5. | Tampa Bay Chapter, FBA | May 23-25 | Salt Lake City, UT | Sentencing Seminar | Travel expenses reimbursed |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

[✓] NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

[ ] NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. First Bank and Trust | Note&Mortgage: Farm, commercial properties | O |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Piersol, Lawrence L | 05/15/2008 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. National Housing Partnership | A | Dividend | J | W | | | | | |
| 2. ▓▓▓▓▓▓▓ | C | Rent | N | W | | | | | |
| 3. The Equitable - (IRA) | A | Dividend | J | T | | | | | |
| 4. Merrill Lynch Latin America Fund (IRA) | A | Dividend | K | T | | | | | |
| 5. The Equitable, IRA | | None | J | T | | | | | |
| 6. Merrill Lynch Latin America Fund IRA | | None | K | T | | | | | |
| 7. IBM | A | Dividend | K | T | | | | | |
| 8. Verizon Communications | A | Dividend | J | T | | | | | |
| 9. Viacom Inc. | A | Dividend | J | T | | | | | |
| 10. American Express Co. | A | Dividend | J | T | | | | | |
| 11. Bristol-Myers Squibb | A | Dividend | K | T | | | | | |
| 12. Ford Mtr. Co. Del. | A | Dividend | J | T | | | | | |
| 13. General Electric Corp. | A | Dividend | J | T | | | | | |
| 14. RJR Nabisco Group | A | Dividend | J | T | | | | | |
| 15. Safeway | A | Dividend | J | T | | | | | |
| 16. Associates First Cap. | A | Dividend | J | T | | | | | |
| 17. Charles Schwab Co. Money Market ▓ | A | Interest | M | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Piersol, Lawrence L | 05/15/2008 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Checking Account, First Bank | A | Interest | J | T | | | | | |
| 19. Checking Account, (2) Sioux Falls | A | Interest | J | T | | | | | |
| 20. ▮▮▮▮▮▮▮▮ | | None | L | W | | | | | |
| 21. Mutual Beacon Fund | B | Dividend | M | T | | | | | |
| 22. Sogen Overseas Fund (now called First Eagle Overseas Fund) | A | Dividend | M | T | | | | | |
| 23. Schwab Money Market | A | Interest | K | T | | | | | |
| 24. Money Market Acct. | D | Interest | K | T | | | | | |
| 25. ▮▮▮▮▮▮▮▮ | F | Rent | O | W | | | | | |
| 26. ▮▮▮▮▮▮▮▮ | E | Rent | N | W | | | | | |
| 27. Capital Guardian Trust (Closed End Mutual Fund) | C | Dividend | M | T | | | | | |
| 28. Merrill Lynch Money Market | D | Interest | J | T | | | | | |
| 29. Templeton Dragon Fund | A | Dividend | J | T | | | | | |
| 30. ▮▮▮▮▮▮▮▮ | E | Rent | N | W | | | | | |
| 31. Mutual Discovery Fund | A | Dividend | L | T | | | | | |
| 32. Exxon Stock | B | Dividend | K | T | | | | | |
| 33. Vanguard Total Stock Mkt Idx Adm | E | Dividend | N | T | | | | | |
| 34. Vanguard High-Yield Corp Fund Inv | C | Interest | M | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Piersol, Lawrence L | 05/15/2008 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. ▇▇▇▇▇▇▇▇ | D | Rent | M | W | | | | | |
| 36. ▇▇▇▇▇▇▇▇ | | None | O | W | | | | | |
| 37. Proctor & Gamble Co. | A | Dividend | J | T | | | | | |
| 38. Proctor & Gamble Co. | A | Dividend | J | T | | | | | |
| 39. SBC Communications, Inc. (X) | A | Dividend | K | T | | | | | |
| 40. Dominion Resources (X) | A | Dividend | J | T | | | | | |
| 41. Excelsior Income Shares (X) | A | Dividend | J | T | | | | | |
| 42. Johnson & Johnson | A | Dividend | J | T | | | | | |
| 43. LG&E Energy Corp. (X) | A | Dividend | J | T | | | | | |
| 44. Merck & Co., Inc. (X) | A | Dividend | J | T | | | | | |
| 45. Microsoft | A | Dividend | K | T | | | | | |
| 46. Cisco System, Inc. Co. | A | Dividend | J | T | | | | | |
| 47. Berkshire Hathaway B | A | Dividend | M | T | | | | | |
| 48. Visteon Corp. (X) | A | Dividend | J | T | | | | | |
| 49. Ameriprise Fin. Inc. (X) | A | Dividend | J | T | | | | | |
| 50. Zimmer Hlds Inc. (X) | A | Dividend | J | T | | | | | |
| 51. ▇▇▇▇▇▇▇▇ | | None | L | R | Buy | 5-25 | L | | Lakes Community LLC |

1. Income Gain Codes:    A =$1,000 or less    B =$1,001 - $2,500    C =$2,501 - $5,000    D =$5,001 - $15,000    E =$15,001 - $50,000
(See Columns B1 and D4)    F =$50,001 - $100,000    G =$100,001 - $1,000,000    H1 =$1,000,001 - $5,000,000    H2 =More than $5,000,000
2. Value Codes    J =$15,000 or less    K =$15,001 - $50,000    L =$50,001 - $100,000    M =$100,001 - $250,000
(See Columns C1 and D3)    N =$250,001 - $500,000    O =$500,001 - $1,000,000    P1 =$1,000,001 - $5,000,000    P2 =$5,000,001 - $25,000,000
   P3 =$25,000,001 - $50,000,000       P4 =More than $50,000,000
3. Value Method Codes    Q =Appraisal    R =Cost (Real Estate Only)    S =Assessment    T =Cash Market
(See Column C2)    U =Book Value    V =Other    W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Piersol, Lawrence L | 05/15/2008 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. ████████████ | | None | L | W | Buy | 5-14 | K | | Lakes Community LLC |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | ●=$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

VII. INVESTMENTS AND TRUSTS:

## IX. CERTIFICATION.

   I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

   I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544